**No. 51718.**—Protests 116104–K, etc., of Imported Liquors Co. et al. (Cleveland).

Opinion by CLINE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of certain cases was lost in transit from the port of exportation to the port of destination due to breakage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the inspectors' returns as verified by the affidavits of the importers. The protests were sustained to this extent.

**No. 51719.**—Protests 116196–K, etc., of Paramount Distillers, Inc. (Cleveland).

Opinion by CLINE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of barrels numbered 18, 21, 27, 33, 37, 47, 54, 59, 74, 81, 95, 109, 121, 122, 127, 133, 148, 158, 167, 172, 191, 197, 12, 26, 75, 94, and 115, was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importer. The protests were sustained to this extent.

**No. 51720.**—Protest 118116–K of Washington State Liquor Control Board (Seattle).

Opinion by CLINE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of certain hogsheads was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gauger's return as verified by the affidavit of the importer. The protest was sustained to this extent.

**No. 51721.**—Protest 118661–K of Siegfried Loewenthal Co. (Cleveland).

Opinion by CLINE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of barrels numbered 5, 14, 28, 37, 90, 98, 99, 103, 109, 133, 151, 153, 155, 161, 165, and 171, was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gauger's return as verified by the affidavit of the importer. The protest was sustained to this extent.